UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CORYELL TAYLOR                                                                                          PETITIONER

V.                                                            CIVIL ACTION NO. 3:21-CV-506-DPJ-MTP

HECTOR PORTILLO                                                                                     RESPONDENT

ORDER

United States Magistrate Judge Michael T. Parker entered a Report and Recommendation [10] recommending the Court grant Respondent Hector Portillo's Motion to Dismiss [6] and dismiss Petitioner Coryell Taylor's Petition for Writ of Habeas Corpus [1] with prejudice as untimely. Taylor did not file an objection, and the time to do so under Federal Rule of Civil Procedure 72(b) has expired. Having reviewed the unopposed Report and Recommendation, the Court agrees with Judge Parker that the Petition is untimely. The Report and Recommendation [10] is adopted as the Court's opinion. Respondent's Motion to Dismiss [6] is granted, and the Petition [1] is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 10th day of May, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE